IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )CIVIL ACTION NO. CV 98-B-00405-S |
| | ) |
| RENEE P. GEORGE a/k/a RENEE PATRICE GEORGE, | ) |
| | ) |
| Defendant. | ) |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant Renee P. George a/k/a Renee Patrice George, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant Renee P. George a/k/a Renee Patrice George on February 25, 1998; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to Plaintiff in the principal sum of $1,410.89, administrative /collection costs of $6.75, U.S. Marshal costs of $43.10, court costs of $150.00 pursuant to 28 U.S.C. §2412(a)(2), and interest of $897.99 through May 6, 1998, at the interest rate of

of 8% until date of judgment.

    4. Plaintiff is due to recover from Defendant the total sum of $ 2,508.73, plus interest from May 6, 1998, until date of judgment, and interest hereafter at the prevailing legal rate per annum until paid in full. An abstract of judgment will be entered accordingly.

    Done this the ___11th___ day of May, 1998.


*Sharon Lovelace Blackburn*
UNITED STATES DISTRICT JUDGE